# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00299-CV

**David Condado, Appellant**

**v.**

**Texas Board of Nursing and Executive Director Katherine A. Thomas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-12-003537, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David Condado informed this Court that he no longer wishes to pursue his appeal and filed an agreed motion to dismiss with prejudice. Appellant's counsel states that he has conferred with counsel for appellees Texas Board of Nursing and its Executive Director Katherine A. Thomas, who do not oppose this motion. We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed on Appellant's Motion

Filed: August 16, 2013